in its general charge covers clearly and fully all the legal questions affecting the case, it is not error for the Court to refuse to give special instructions, couched in different language, embodying the principle covered by the general charge. Lockhart v. State, 79 Fla. 824, 85 Sou. 153; Groover v. State, 82 Fla. 427, 90 Sou. 473. The judgment is therefore affirmed.

Affirmed.

WHITFIELD, P. J., AND TERRELL, J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.

---

C. POTTER LUCAS AND J. BRENTON THOMPSON, *Appellants,*
v. R. J. WHIDDEN, *Appellee.*

Division B.

Decision Filed February 11, 1927.

An Appeal from the Circuit Court for Charlotte County; George W. Whitehurst, Judge.

*Treadwell & Treadwell,* for Appellants;

*Leitner & Leitner,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there

is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

---

A. P. HARDEE, C. A. LINDSAY, MRS. LOUISE SALE AND J. C. SALE, *Appellants*, v. WILLIAM E. RIVERS, *Appellee*.

Division B.

Decision Filed February 11, 1927.

An Appeal from the Circuit Court for Levy County; A. V. Long, Judge.

*Fred Cubberly* and *E. G. Baxter*, for Appellants;

*Robert E. Davis, for Appellee.*

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.